B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re James David Baughman ,  Case No. 19-44152-mxm13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT
**Name of Transferee**

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT
**Name of Transferor**

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services
P.O. Box 55004, Irvine, CA 92619-2708

Court Claim # (if known): 2
Amount of Claim: $29,915.64
Date Claim Filed: 11/05/2019

Phone: 888-504-6700
Last Four Digits of Acct #: 0288

Phone: 888-504-6700
Last Four Digits of Acct. #: 0288

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
P.O. Box 52708, Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Chase A. Berger, Esq.  Date: 04/20/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.