**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE**:                                                                              **CASE NO.: 19-44152-MXM-13**

    **JAMES DAVID BAUGHMAN**
        6308 MERCEDES DR
        ARLINGTON, TX 76001
        SSN/TIN: XXX-XX-2951

**DEBTOR**

**TRUSTEE'S NOTICE OF PLAN PAYMENT ADJUSTMENT**

    On November 10, 2021, pursuant to FED. R. BANKR. P. 3002.1, RUSHMORE LOAN MANAGEMENT, secured by a security interest in the Debtor's principal residence, filed a Notice claiming post-petition fees, expenses, and charges totaling $336.48. To date, neither the Debtor or any other party-in-interest has objected to the post-petition fees, expenses, or charges or filed a motion to determine whether payment of any claimed fee, expense, or charge is required by the underlying agreement and applicable nonbankruptcy law to cure a default or maintain payments under 11 U.S.C. § 1322(b)(5).

    Pursuant to the Standing Order Concerning All Chapter 13 Cases, the Trustee has adjusted the chapter 13 plan payments to provide for the post-petition fees, expenses, and charges as follows:

    Effective June 07, 2022 plan payments will increase from $1,125.00 to $1,159.00 resulting in a new plan Base Amount of $47,624.00.

This new plan payment is the amount of all subsequent plan payments, unless otherwise ordered by the Court or unless increased by a subsequent Notice of Plan Payment Adjustment. Failure to remit the adjusted plan payment may be grounds for dismissal.

                                                       Respectfully submitted,

                    By:    /s/ Ethan S. Cartwright
                           Ethan S. Cartwright, Staff Attorney
                           Bar No. 24068273
                           PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                           Bar No. 01344800
                           7001 Blvd 26, Ste 150
                           North Richland Hills, TX 76180
                           (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:  /s/ Ethan S. Cartwright
   Ethan S. Cartwright

| | | |
|---|---|---|
| James David Baughman<br>6308 Mercedes Dr<br>Arlington, TX  76001 | NORRED LAW PLLC<br>515 E BORDER ST<br>ARLINGTON, TX  76010 | RUSHMORE LOAN MANAGEMENT<br>PO BOX 52708<br>IRVINE, CA  92619 |
| RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004<br>IRVINE, CA  92619-2708 | GHIDOTTI BERGER LLP<br>9720 COIT RD STE 220-228<br>PLANO, TX  75025 | |