| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | James David Baughman |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: _____ Northern District of Texas (State) | |
| Case number  4:19-bk-44152-mxm13 | |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank, N.A., not in its individual capacity but but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 0288

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 6/8/21 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 6/8/21 @ $20.00; and 7/6/21, 7/30/21, 8/25/21, and 9/28/21 @ $16.62 ea. | (7) | $ 86.48 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| Debtor 1 | James David Baughman | Case number (if known) 4:19-bk-44152-mxm13 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Chase A. Berger, Esq.
Signature

Date 11/10/2021

Print: Chase A. Berger
       First Name    Middle Name    Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger LLP

Address: 9720 Coit Road, Suite 220-228
         Number    Street
         Plano, TX 75028
         City    State    ZIP Code

Contact phone (305) 501 – 2808

Email bknotifications@ghidottiberger.com

*Case No.: 4:19-bk-44152-mxm13*

# CERTIFICATE OF SERVICE

On November 10, 2021, I served the foregoing document described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Warren V. Norred        wnorred@norredlaw.com

**TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)**

Pam Bassel        fwch13cmecf@fwch13.com

U.S. TRUSTEE        ustpregion06.da.ecf@usdoj.gov

On November 10, 2021, I served the foregoing documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* to the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**James David Baughman**
6308 Mercedes Dr.
Arlington, TX 76001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker